■ The People of the State of New York v. Joseph Moore.— Motion granted and the order of this court entered on May 12, 1966, is modified by striking out the designation of Anthony F. Marra, Esq., as counsel and by

substituting therefor George Sena, Esq., 408 W. 145th Street, New York, N. Y. The time within which appellant shall perfect this appeal is hereby enlarged until 120 days from the date of filing of the record (see Code Crim. Pro., § 535). Concur — Botein, P. J., McNally, Stevens, Steuer and Bastow, JJ.